IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | : | |
|---|---|---|
| **CURTIS WEDO POOLE,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:07-CV-35 (HL) |
| | : | |
| **CLAVIN ORR,** | : | |
| Defendant | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 34) filed July 30, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. ) filed , 2008 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 5th day of September, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**